**Opinion filed November 14, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00287-CR

_____

## CURTIS METCALF, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 010785**

### M E M O R A N D U M   O P I N I O N

Curtis Metcalf, Appellant, filed a pro se notice of appeal in this case. In a letter dated October 30, 2013, this court notified the parties that the trial court had certified that Appellant has no right of appeal in this case. *See* TEX. R. APP. P. 25.2(a)(2), (d). We requested that Appellant respond on or before November 14, 2013, and show grounds to continue the appeal. Appellant has

responded but has not shown grounds upon which this court is authorized to continue the appeal.

The clerk's record indicates that Appellant entered into a plea agreement with the State, that Appellant pleaded guilty to the offense of assault on a public servant, and that the trial court assessed punishment pursuant to the terms of the plea agreement. Thus, the trial court's certification—reflecting that Appellant has no right of appeal—is supported by the record and is not defective. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). Appellant's appeal is therefore prohibited by Rule 25.2, and pursuant to Rule 25.2(d), we must dismiss the appeal without further action. *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Accordingly, this appeal is dismissed.


PER CURIAM


November 14, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.